# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00143-CV

## In re Wendi Mae Davidson

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Wendi Mae Davidson filed a petition for writ of mandamus, requesting that this Court compel the district clerk to provide her with a copy of the clerk's record and reporter's record for her appeal.[1]  By statute, this Court has no authority to issue a writ of mandamus against a district clerk unless required to enforce our jurisdiction.  *See* Tex. Gov't Code § 22.221.  Because Davidson does not seek a writ of mandamus to enforce our jurisdiction, we dismiss her petition for writ of mandamus for want of jurisdiction.  *See* Tex. R. App. P. 52.8(a).

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Baker and Triana

Filed:  March 6, 2020

---

[1] This Court has now provided Davidson, who is indigent and an inmate incarcerated in the Texas Department of Criminal Justice, with a copy of the clerk's record and reporter's record for her related appeal, No. 03-19-542-cv, *Davidson v. Davidson*.